02-11-466-CV








 




 
 
 
 
 
  
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
 
 




 

 

NO. 02-11-00466-CV 

 

 




 
 
 In re Ronnie Turner
 
 
  
 
 
 RELATOR
 
 




 

 

------------

 

ORIGINAL PROCEEDING

------------

MEMORANDUM
OPINION[1]

                                                       ------------

The
court has considered relator’s petition for writ of mandamus and is of the
opinion that the petition should be dismissed.  Accordingly, relator’s petition
for writ of mandamus is dismissed.

PER CURIAM

 

PANEL: 
MCCOY, GARDNER, and GABRIEL, JJ.

 

DELIVERED: 
November 15, 2011









          [1]See
Tex. R. App. P. 47.4, 52.8(d).